Petition For Review of Order of An Agency Board XYZ Commission

Federal Credits Unions National Association of Federal Credits Unions 3138 - 10th Street North

Arlington VA. 22201 Cell 703.522.4770 FAX 703.524-1082

United States Court of Appeals For The California (9th., CIR) U.S. District Courthouse

Clerk's Office 450 Golden Gate Ave, 16th, FL., San Francisco, CA 94102-

Dept., of the Treasury Internal Revenue Service P.O. Box 931000 Louisville KY 402931000

George Wyatt Lisa M. Hills Wyatt et., Al.,

Plaintiff(s)

Vs Against:

U.S.A State of Texas XYZ Commission et. Al.,

Defendant(s)

in The 8 Judicial District Court

County of

4-20 CV 5309 N.D. Cal. No. H-20-2737 NcH 19-97B-c

1-17-000 6256-C-M 12-686-C-H-194932

20-cv-7622-JSW

Petition For Review

Fed R. Civ. P Rule 55 default (A)(B) by the Clerk

or by the court A B default Judgment 55A-B

RECEIVED
OCT 22 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Petition For Reviews

I are We hereby petition the court For reviews of the order of the XYZ Commission (describe the Order) Entered Feb 05 2020 George Wyatt vs State of Texas civil Action H-20-326 dismissed Without Prejudice Seek Fed R Civ P Rule 41B operates As An Adjudication on the merits seeking Fed R Civ P. Rule 58 Rule 54 A-c-d (1)(2) B (ii) Award Grant in the sum of $All the money in U.S.A budgets Final Judgment complaint dismissed Without prejudice Signed At Houston, Texas on Feb 5, 2020 Lynn M. Hughes U.S. Judge Federal Claim Court George Wyatt Vs. The United States of American Defendant. Judgment Required filing fees is $ 505.00 Rule 58 Rule 54 Attorneys fees A-c-d-1, 2 B (ii) Awards Grants All the money in U.S.A Treasury Dept. in Washington DC No. 19-97B-c File Feb. 18, 2020 Rule 58-56-54 65A

PRO-SE litigation Attorney At Law Bar no 2326 6046 signed by ministry George Wyatt Jr. At Wyatt G jR resident 103 Rock Creek Drive Cedar Hills TX 75104 signed by Attorney At Law George Wyatt Jr. 2326 6046

00333787 GEORGE WYATT JR. (I 10-B) Richard P. LeBlance Unit-3695-F.M-3514-Beaumont, TX 77705

Signed by George Wyatt Account no 21385-20 pen number 3-5-50 SS# 436 86 4731

Open A business Account with ChaseBank and A Checking Saving A T-Bills non competitive bed Accounts For Treasury Dept For George Pallet Inc 436-804731 Texas ED. No 2326606 Bar Attorney Wyatt George Attorney an counselor Lisa M. Hills Wyatt At 1345 Rusticwood Drive Desoto TX 75115 C.C. Smith.

Negoitable instrucment 1 90 195 150 152 151 140-190-550

U.S. Dept. of The Treasurty                                    Check no. 01.01

jp morgan Chase Bank inc. 6300        internal Revenue service P.O.Box 931000        Date Feb 18, 2020
2833 Martin L. King Jr. Blvd.         Louisville KY 40293-1000
Dallas TX 75235 Vice president R.L. Smith jr
Call 214861-4993 Banking Dept of TX 2601 N. Lamar Blvd.
Austin TX 78705.4298 Vice president G. morris Wyatt

Pay To The Order of mis Lisa M. Hills Wyatt  Pallet George inc. George Wyatt Jr  $100 Trillion cash u-s-A currency dollars
                One Hundred Trillion cash u-s-A currency Dollars
Code Route 140 Negoitable instruction 12-681c No 19-978-c-1-17cv006252cm No 11-20-2737 4-20 cv 5309 cal no No 11-19-978-c
For direct deposited in account No 213 85 20 551 436-80 4731

                                                    George Wyatt.

GRGE WYATT < I10-B>
Blue unit
-3314
X77705

NORTH HOUSTON TX 773
19 OCT 2020 PM 4 L



**RECEIVED**
OCT 22 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

The California < 9th. Cir) U.S. District Courthouse
Clerk Office
450 Golden Gate Ave. 16th. FL.
SAN-Francisco  CA. 94102

94102-342816

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION